IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 95-cv-01404-ZLW

ELDON HAYS, and
GRACE HAYS,

    Plaintiffs,

v.

GEORGE McLACHLAN,
SCOTT R. FONCANNON,
JOHN GEHLHAUSEN,
JOHN S. LEFFERDINK,
RICHARD A. FRANCIS,
GALE A. NORTON,
CRISTINA VALENCIA,
CARON BETHEL,
NORMAN ARENDS,
GARTH NIESCHBURG,
ROSE ANN ESTES YATES,
JAMES CHILDRESS,
JESSE MANZANARES,
COLORADO ATTORNEY GENERAL,
STATE OF COLORADO,
OTERO COUNTY,
HAROLD KLIEN,
ROBERT GERLER,
ROBER BAUSERMAN,
JOHN EBERLY,
DENNIS SMITH,
JIM MASON,
CHRIS JOHNSON,
PROWERS COUNTY, COLORADO,
RICHARD CLED WIDENER,
ROBERT TEMPEL,
JOHN STULP,
JAMES HAMILTON,
JEFFREY FAYCOSH,
RONALD FOSTER,
DARLA SPECTH SCRANTON,

JOHN GEHLHAUSEN P.C.,
JOHN L. LEFFERDINK,
ARTHUR ESGAR,
FREDERICK ESGAR,
DAVID ESGAR,
LINDA M. MOSHER,
LARRY MOSHER,
LEFFERDINK AND BULLOCK,
RESOLUTION TRUST CORPORATION,
JOHNSON & MCLACHLAN,
STATE BANK OF WILEY, and
JOHN AND JANE DOES 1-100,

     Defendants.

---

## MINUTE ORDER

---

ORDER ENTERED BY JUDGE ZITA L. WEINSHIENK

Dated: December 12, 2008

     It is ORDERED that the Motion For Issuance Of Transcript Of Judgment (Doc. No. 113; Dec. 5, 2008) is denied without prejudice pursuant to Fed. R. Civ. P. 11(a) due to a lack of an attorney's signature. The Court further notes that a request for "Transcript of Judgment" is properly made to the Clerk's Office rather than Chambers, and no Court order is required to obtain documentation relating to a prior judgment.